**NACMIAS LAW FIRM PLLC**

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

November 11, 2022

Hon. Katherine Polk Failla
United Stated District Judge
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290



Re:   *Volfman v. Pub 218 Corp. et al*
      **DOCKET NO. 1:22-cv-06924-KPF**

Dear Judge Failla:

    The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an adjournment for the Initial Pretrial Conference. This is plaintiff's first request for this relief.

    In advance of complying with Your Honor's Order dated August 30, 2022, defendant communicated with our office *por se* and expressed a desire to obtain counsel. The undersigned therefore respectfully requests that Your Honor allow the parties thirty (30) days in order to allow the defendant to obtain counsel and continue settlement discussions before submitting a Joint Letter, Proposed Civil Case Management Plan and Scheduling Order and scheduling an Initial Pretrial Conference.

    Thank you for your time and consideration on this matter.

Respectfully,

/s/ Andre Autz, Esq.

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057

Application GRANTED.  The initial pretrial conference scheduled to take place on November 15, 2022, is hereby **ADJOURNED *sine die*.**  Defendants' answer was due on September 15, 2022.  (*See* Dkt. #9).  If Defendants fail to appear or retain counsel, Plaintiff shall move for a default judgment against Defendants by **December 16, 2022.**  The Court will consider rescheduling the initial pretrial conference if Defendants appear and respond to the Complaint.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:     November 14, 2022               SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE