UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>       Plaintiff,<br><br>       -v.-<br><br>PUB 218 CORP. *d/b/a* SPIKE'S and 218 A LLC,<br><br>       Defendants. | 22 Civ. 6924 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On December 22, 2022, the Court ordered Plaintiff to move for a default judgment against Defendants if they failed to appear or respond to the Complaint by January 23, 2023. (Dkt. #13). Since that time, Defendant 218 A LLC has appeared and answered the Complaint with cross-claims against Defendant Pub 218 Corp. (Dkt. #15), while Defendant Pub 218 Corp. has still failed to appear. Accordingly, the parties are directed to file a joint letter on or before **January 31, 2023**, discussing proposed next steps in this case. Because Defendant Pub 218 Corp. remains in default, the parties are directed to address whether they have been in contact with Defendant and whether Plaintiff intends to move for a default judgment against Defendant.

  SO ORDERED.

Dated: January 25, 2023
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge