UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSEPH VOLFMAN,

        Plaintiff,

-against-

PUB 218 CORP. d/b/a
SPIKE'S and 218 A LLC,

        Defendants.

---------------------------------------------------------------x

Civil Action No.

1:22-cv-06924-KPF

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, JOSEPH VOLFMAN, and Defendants, PUB 218 CORP. d/b/a SPIKE'S and 218 A LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

By: _____
Andre Autz, Esq.
Nacmias Law Firm, PLLC
*Attorneys for Petitioner*
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
andreautzesq@gmail.com
917-602-6057

By: _____
Andrew M. Wong, Esq.
*Attorney for Defendant*
*Pub 218 Corp d/b/a Spike's*
444 East 86th Street, Suite 21C
New York, NY 10028
212-722-6285

By: _____
Christopher T. Scanlon, Esq.
Clausen Miller P.C.
Attorneys for Defendant
218 A LLC
28 Liberty Street, 39th Floor
New York, NY 10005
cscanlon@clausen.com
212-805-3900